IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, NATIONAL )
STABILIZATION AGREEMENT )
OF THE SHEET METAL INDUSTRY )
TRUST FUND, et al. )
)
Plaintiffs, )
)
v. ) 1:12cv619(LMB/IDD)
)
AFFORDABLE COMFORT )
CONSTRUCTION/HVAC, INC. )
d/b/a Affordable Comfort )
Construction HVAC, Inc. )
d/b/a Affordable Comfort )
Construction, )
)
Defendant. )

## ORDER

On November 20, 2012, a magistrate judge issued a Report and Recommendation ("Report"), in which he recommended that a default judgment in the amount of $93,156.17, consisting of $65,705.91 in unpaid contributions, $3,612.62 in accrued interest, $13,141.01 in liquidated damages, $7,480.91 in pre-litigation liquidated damages, and $3,215.72 in attorneys' fees and costs, be awarded to plaintiffs. The parties were advised that any objections to the Report had to be filed within fourteen days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based

on the Report. As of December 9, 2012, no objections have been filed.

Having fully reviewed the Report, case file, and plaintiffs' Motion for Judgment by Default with its attachments, we find that the Report accurately states the relevant facts and law. Therefore, we adopt the findings and conclusions of the Report and for the reasons stated therein, the plaintiffs' Motion for Judgment by Default is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Order and Judgment by Default will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Order and Judgment by Default to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this 17th day of December, 2012.

/s/ 
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

2